GEORGE GREENFIELD, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

CHARLES B. IRWIN, Appellant, v. EDWARD RIEGELMANN, as Sheriff of the County of Kings, Respondent.— On this motion for judgment on the pleadings, the pleadings only should be considered. (*Standard Fashion Co. v. Thompson*, 137 App. Div. 588; *Ship v. Fridenberg*, 132 id. 782.) The answer is sufficient as against that motion, and the order is affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Rich, Putnam and Kelly, JJ., concurred.

In the Matter of the Application of the BOARD OF SUPERVISORS OF THE COUNTY OF ROCKLAND, Appellant, Relative to Acquiring Title, etc., for Highway Purposes on Route No. 3, Known as Haverstraw—West Haverstraw State Highway and Also Known as State Highway No. 5389. THEODORE G. PECK, Owner, Respondent.— Order reversed, and new hearing granted before other commissioners to be appointed upon application to the court at Special Term, costs to the appellant to abide the event, unless within ten days the parties interested in the award shall stipulate to reduce it to the sum of $14,000; in which event the award is so reduced and the order modified accordingly, and as so modified affirmed, without costs, upon the ground that the additional paper filed by the commissioners should be regarded as a supplemental report, and their report, therefore, regarded as making a special award for the sand and gravel contained in the strip taken, and that it was error for the commissioners to make any such award. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

In the Matter of Supplementary Proceedings. ANNA T. BURT, Respondent, v. HUGH C. WEIR, Appellant.— Appellant's failure to obey the order in supplementary proceedings is not questioned. The learned justice at Special Term having heard the excuses offered, did not act upon the conflicting affidavits alone, but had a disinterested physician examine appellant, who, after such examination, reported his pulse regular and full and of good strength. Thereupon the court found against the excuse of tuberculosis, which had been put forward, and rightly ignored certain later ailments alleged. The fine imposed was not excessive. By appointing a referee, the judge acted on appellant's offer to testify in his residence. The order appealed from is, therefore, affirmed, with ten dollars costs and disbursements. Jenks, P. J., Putnam, Blackmar and Kelly, JJ., concurred.